Michael Herzog, SBA: 005892
**THE HERZOG LAW FIRM, P.C.**
14350 N. 87th Street, Suite 180
Scottsdale, Arizona 85260
Telephone:   (480) 264-0842
Facsimile:    (480) 422-9008
Email:  mh@herzogfirm.com
Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| VIVIAN HAAS, an adult individual,<br><br>Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION, a Delaware Corporation; CLAUDIA WASHBURN, an adult individual,<br><br>Defendants. | No.  CV 10-2043-PHX-JAT<br><br>**THIRD NOTICE OF NON-PARTIES AT FAULT** |

Defendant Management & Training Corporation (hereinafter "MTC"), by and through its attorneys undersigned, and pursuant to Rule 26(b)(5), A.R.C.P., hereby gives notice of its intent to raise the fault of non-parties should this matter proceed to trial or arbitration.   Defendant MTC incorporates by reference its previously filed Notices of Non-Parties at Fault, and also gives notice that it intends to ask the trier of fact to apportion fault to Diana Joy Glattfelder, 3000 North Valley View Road, Prescott Valley, Arizona  86314.   On information and belief, Ms. Glattfelder conspired with the murderers of Mr. and Mrs. Haas to commit escape, and facilitated the escape of prisoners McCluskey, Province and Renwick.   Her actions aided the murders of decedents Haas, and her actions were a cause of the death of decedents Haas.   Accordingly, the trier of fact should apportion fault to Diana Joy Glattfelder.

DATED this 7th day of January, 2011.

THE HERZOG LAW FIRM, P.C.

By /s/Michael Herzog
  Michael Herzog
  14350 N. 87th Street, Suite 180
  Scottsdale, Arizona   85260
  *Attorney for Defendant*

1

1   ORIGINAL of the foregoing electronically
    filed and a copy electronically delivered
2   this 7th day of January, 2011, to:

3   Clerk of the United States District Court

4   Copy of the foregoing mailed
    this 7th day of January, 2011, to:
5
    Christopher J. Zachar, Esq.
6   ZACHAR LAW FIRM, P.C.
    3301 East Thunderbird Road
7   Phoenix, Arizona   85032
    *Attorney for Plaintiff*
8

9   By /s/Michael Herzog

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2